IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | NO. EP-12-CR-1847-FM |
| DAVID JORDAN JR. ) | |

## MOTION FOR SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

COMES NOW David Jordan, Jr. by Mary Stillinger, and moves this Court to permit Mary Stillinger, an attorney duly licensed to practice in Western District of Texas, to substitute as counsel for Defendant; and for his current attorney Patrick Lara be relieved of all further responsibility in connection with the above-entitled and numbered cause. MARY STILLINGER certifies by joining in this motion that she has agreed to represent Defendant and hereby enters her appearance.

WHEREFORE, David Jordan, Jr. prays that the Court enter as Order in accordance with this motion.

Respectfully submitted.

By: /s/ _____
MARY STILLINGER
Texas Bar No. 19239500
4911 Alameda
El Paso, Texas 79905
(915) 775-0705

By: _____
PATRICK LARA
501 N. Kansas St., Ste. B-100
El Paso, Texas 79901
915-231-1803
plara2@me.com

Approved by: _____
DAVID JORDAN, JR.

## CERTIFICATE OF SERVICE

I certify that on this 10th day of July, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Assistant United States Attorney,
Stanley Serwatka

By: /s/_____
MARY STILLINGER

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | NO. EP-12-CR-1847-FM |
| DAVID JORDAN JR. ) | |

## O R D E R

On this day the Court considered Defendant David Jordan Jr.'s "Motion for Substitution of Counsel and Entry of Appearance," filed in the above-captioned cause on July 10, 2013. Therein, Defendant petitions the Court to permit Attorney Mary Stillinger to substitute for Attorney Patrick Lara as Defendant's counsel of record.

After due consideration, the Court finds that Defendant's Motion should be granted and that the following orders should enter:

**IT IS HEREBY ORDERED** that Defendant David Jordan Jr.'s "Motion for Substitution of Counsel and Entry of Appearance" is **GRANTED.**

**IT IS FURTHER ORDERED** that Attorney Patrick Lara is **WITHDRAWN** as counsel of record for Defendant David Jordan, Jr.

**IT IS FINALLY ORDERED** that Attorney Mary Stillinger is **SUBSTITUTED** as counsel of record for Defendant David Jordan, Jr.

**SIGNED** this _____ day of July, 2013.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE