PROB 35

Report and Order Terminating Supervised Release
Prior to Original Expiration Date

FILED
JUL 31 PM 3:03

# UNITED STATES DISTRICT COURT

FOR THE

WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                      Crim. No.   EP-12-CR-01847FM(1)

David Jordan, Jr.
Aka: David Andazola

On January 15, 2014, above named Defendant was sentenced in the above numbered cause to fifty-seven (57) months custody followed by three (3) years of supervised release for the offense of felon in possession of firearm. The term of supervised release was scheduled to be in effect until May 21, 2020. The probation officer now reports that the supervised releasee has complied with the terms and conditions of supervision and is no longer in need of any type of Court supervision. Pursuant to Title 18, United States Code, § 3564(e), the U.S. Probation Officer recommends that the supervised releasee be discharged from supervision.

Respectfully submitted,

Rene Ramos, Jr., U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be relieved from supervision of the United States Probation Office, be discharged from supervision, and that the proceedings in the case be terminated.

Dated this  26  day  July  of 2019.

Frank Montalvo, United States District Judge